## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-6359-HUNT

UNITED STATES OF AMERICA,

v.

MOHAMMED OMAR HAJI MOHAMMED,

  Defendant.
_____/

### **DETENTION ORDER**

On August 5, 2019, this Court held a hearing pursuant to 18 U.S.C. § 3142(f) to determine whether Defendant Mohammed Omar Haji Mohammed ("Defendant") should be detained prior to trial. The Government sought to detain Defendant on the grounds that he is both a risk of flight and a danger to the community. *See* 18 U.S.C. § 3142(e). Having considered the factors enumerated in 18 U.S.C. § 3142(g), the Government's proffer, the testimony of the law enforcement agent, the facts contained in the Pretrial Services Report, and the arguments of counsel, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of Defendant at future court proceedings. The Court further finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community if Defendant is released before trial. The Court, therefore, orders that Defendant be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i)(1), the Court makes the following findings of fact and statement of reasons for detention:

1.      Defendant is charged by criminal complaint with one count of making threats against the President, in violation of 18 U.S.C. § 871.  If convicted, Defendant faces a maximum statutory sentence of five years in prison.  According to the Government, Defendant faces an advisory guideline range of 10-16 months' imprisonment, pursuant to Section 2A6.1 of the Sentencing Guidelines.

2.      The weight of the Government's evidence against Defendant is substantial.  At the detention hearing, the Government proffered evidence and the law enforcement agent testified that:

   a. On or about July 6, 2019, an anonymous source informed law enforcement that someone at his mosque was acting strangely and had made a disturbing post on Facebook.  The source provided law enforcement with a screenshot of the Facebook post.  Both the username and post were in Arabic.  The source also provided the telephone number of the person who allegedly made the Facebook post.  Through a public records check, law enforcement identified the telephone number as Defendant's.

   b. Federal Bureau of Investigation ("FBI") translators/agents translated the contents of the post as follows:  the username was "Mohammed Abu Omar" and the post stated, "Whoever knows why I came to America wait for the urgent news on television screens and victory is from Allah."

   c. Using the Arabic version of the username that appeared on the screenshot, law enforcement searched Facebook and found the page with the username and profile picture that matched the screenshot they had received.  However, the actual post did not appear on the publicly available Facebook page.

d. Law enforcement later linked the Facebook page to Defendant based on photographs in the Facebook page. Specifically, photographs on the Facebook page matched Defendant's photograph found in the law enforcement Driver and Vehicle Information Database.

e. On July 8, 2019, Defendant entered a Walmart in Fort Lauderdale and attacked a Walmart employee with scissors. Fort Lauderdale Police responded to the scene, and found Defendant yelling in English and Arabic. Officers repeatedly ordered Defendant to put down the scissors, but Defendant did not comply. Although officers tased and handcuffed Defendant, Defendant continued to resist the officers and to yell in Arabic and English. Defendant was arrested and charged in State court with aggravated assault with a deadly weapon and resisting officers without violence. The incident was video recorded on Walmart security cameras and audio and video recorded on the officers' body cameras.

f. Thereafter, law enforcement translated Defendant's Arabic statements to English. Among other utterances, Defendant yelled:

   i. "I need Trump cut. I want to cut, two portions."

   ii. "We are coming for you Trump. We are coming for you with knives. God's wedding, God's wedding with knives. God will send angels to destroy you. He will make an example of you just like the Pharaoh and Sharon."

g. Additionally, law enforcement summarized some of Defendant's other statements as follows:

   i. Trump is a sacrificial lamb.

   ii. Trump will be sacrificed.

       iii. Defendant is willing to give himself for Allah.

       iv. Defendant calls upon Muslims to do Jihad against oppressors and tyrants like Trump.

   h. On or about July 19, 2019, while Defendant was out on bond for the Walmart incident, law enforcement responded to Defendant's house based on a call from a third-party who was visiting and feared for his safety. The individual reported that Defendant was yelling and spray-painting Arabic writing on his sliding glass door. Police attempted to calm Defendant, but Defendant would not comply with their commands. Defendant was tased, but continued to physically resist law enforcement, and punched an officer in the back of the head. Defendant was arrested and charged in State court with battery on a police officer and resisting an officer with violence. The incident was audio and video recorded on the officers' body cameras.

3. Defendant's personal characteristics also support pretrial detention. The Court hereby incorporates and makes part of this Order the facts contained in the Pretrial Services Report. According to the Pretrial Services Report, Defendant has been unemployed for the past three months, and is being supported by friends from his mosque. In addition, Defendant has minimal ties to South Florida. He was born in Syria and is a permanent legal resident of the United States. While he has lived in South Florida with his wife and two minor children for about 2.5 years, his parents and eight siblings live in Syria. Defendant was out on bond at the time of his arrest on July 19, 2019. Lastly, the violent circumstances of Defendant's two arrests show that Defendant is a danger to others.

4. Based on the above findings of fact and the overall weight of the evidence, the undersigned finds by clear and convincing evidence that no conditions or combination of conditions would reasonably assure the safety of the community if Defendant is released prior to trial. The undersigned also finds by a preponderance of the evidence that no conditions or combination of conditions will reasonably assure Defendant's appearance in this case if Defendant is released prior to trial.

Accordingly, the Court hereby directs that:

a. Defendant be detained without bond;

b. Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

c. Defendant be afforded reasonable opportunity for private consultation with his counsel;

d. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined, deliver Defendant to a United States Marshal for the purpose of appearance in connection with court proceedings.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, on August 6, 2019.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: Pretrial Services
U.S. Marshals Service,
All counsel of record

5